FALL RESTAURANT, INC. v. STATE OF NEW JERSEY,
DEPARTMENT OF TRANSPORTATION.

June 3, 1981.

Petition for certification denied.


STATE OF NEW JERSEY v. SILVERIO RIVERA.

June 3, 1981.

Petition for certification denied.


STATE OF NEW JERSEY v. DAVID LEE ROSE.

June 3, 1981.

Petition for certification denied.


CLARENCE SLEMMONS v. LABOR POOL, INC.

June 3, 1981.

Petition for certification denied.